■ In the Matter of MUSTAFA S., a Person Alleged to be a Juvenile Delinquent, Appellant. [678 NYS2d 495] —Order, Family Court, New York County (Gloria Sosa-Lintner, J.), entered on or about March 6, 1997, which, *inter alia*, placed appellant with the New York Division for Youth in a nonsecure facility for a period of up to 18 months, unanimously affirmed, without costs.

Given appellant's behavioral problems, truancy and prior failure in a rehabilitative program, Family Court acted within its discretion in determining that placement was the least restrictive alternative consistent with the needs of the appellant and the protection of the community (*Matter of Katherine W.*, 62 NY2d 947). Concur—Ellerin, J. P., Williams, Mazzarelli and Andrias, JJ.